# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Perez,<br><br>   Petitioner,<br><br>v.<br><br>B. Hudson,<br><br>   Respondent. | NO. CV-24-00610-TUC-SHR (MSA)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 25, 2025, The Court will dismiss the § 2241 Petition and this case is dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 25, 2025

By   s/ Venessa Santamaria
     Deputy Clerk